IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

      Plaintiff,                                 No. CIV S-08-1997 FCD EFB PS

    vs.

RITA MONTELONGO,

      Defendant.                          <u>ORDER</u>

_____/

          On January 27, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

          Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.
    The court notes in passing that plaintiff filed a letter on February 23, 2009. The letter neither contains a new address to allow the court to effect re-service of the findings and recommendations nor addresses the magistrate judge's January 27, 2009, findings and recommendations.

1

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 27, 2009, are ADOPTED; and,

2. This action is dismissed for failure to prosecute and failure to comply with the federal and local rules of court. <u>See</u> Fed. R. Civ. P. 41(b); E.D. Cal. L. R. 11-110.

DATED: March 19, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE