IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                           No. CIV S-08-1997 FCD EFB PS

    vs.

RITA MONTELONGO,

    Defendant.                    <u>ORDER</u>

        This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On October 15, 2008, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff twenty days to file an amended complaint. Dckt. No. 3. Plaintiff failed to file an amended complaint or otherwise respond to the October 15, 2008 order; therefore, on January 27, 2009, the undersigned issued findings and recommendations which recommended that the action be dismissed for failure to prosecute. Dckt. No. 4. On March 19, 2009, the assigned district judge adopted that recommendation, dismissed the action, closed the case, and entered judgment accordingly.[1] Dckt. Nos. 6, 7.

---

[1] The court notes that the January 27, 2009 findings and recommendations, and the March 19, 2009 order and judgment, were returned to the court as undeliverable. However,

1

1  Notwithstanding that judgment, on April 14, 2010, plaintiff filed a "declaration" with the
2  court. Dckt. No. 8. Plaintiff's recent filing does not appear to be one contemplated by the
3  Federal Rules of Civil or Appellate Procedure. Therefore, this document will be disregarded.
4  Plaintiff is advised that the court will disregard and issue no response to any future filings in this
5  closed case.

6  Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

7  1. Plaintiff's April 14, 2010 filing, Dckt. No. 8, is disregarded; and

8  2. The Clerk of the Court is directed to serve a copy of this order; the January 27, 2009
9  findings and recommendations, Dckt. No. 4; the March 19, 2009 order, Dckt. No. 6; and the
10 March 19, 2009 judgment, Dckt. No. 7, on plaintiff at P.O. Box 1862, Elk Grove, California
11 95759.

12  SO ORDERED.
13  DATED: April 28, 2010.

　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

plaintiff was properly served with those filings. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.